THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, D.R. O'HARA and D.R. O'HARA, Individually,<br><br>　　　　　　Plaintiffs,<br>　　　v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C15-1527-JCC<br><br>*EX PARTE* SEALED ORDER |

　　　This matter comes before the Court on the United States' *ex parte* application for an extension of time to consider election to intervene (Dkt. No. 14). The Government seeks a six month extension of time, from July 13, 2017, to January 12, 2018, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. (*Id.* at 1.) Relator's counsel concurs with this request. (*Id.*) Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court concludes that the *ex parte* application establishes good cause.

　　　Accordingly, it is hereby ORDERED that the United States shall have until January 12, 2018, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk is DIRECTED to maintain the complaint and other filings under seal for the duration of the

1  Government's investigation.

2  DATED this 25th day of July 2017.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

EX PARTE SEALED ORDER
PAGE - 2