THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* D.R. O'HARA and D.R. O'HARA, individually,<br><br>    Plaintiff,<br>        v.<br><br>THE BOEING COMPANY and INSITU, Inc.,<br><br>    Defendants. | CASE NO. C15-1527-JCC<br><br>EX PARTE SEALED ORDER |

The United States has filed an *ex parte* application for an extension of time to consider election to intervene, in which the Government seeks a six (6) month extension of time, from January 12, 2018, to July 12, 2018 in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time . . . ." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until July 12, 2018, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk is DIRECTED to maintain the complaint and other filings under seal for the duration of the Government's investigation.

//

1  DATED this 11th day of January 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE