RECEIVED (DROP BOX)
JAN 05 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* D R O'HARA and D R O'HARA, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY and INSITU, INC.,<br><br>Defendants. | CASE NO. C15-01527-JCC<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>January 5, 2021 |

## UNITED STATES' *EX PARTE* NOTICE OF INTERVENTION-IN-PART FOR PURPOSES OF EFFECTUATING SETTLEMENT AND DECLINATION-IN-PART AND APPLICATION FOR AN UNSEALING OF RELATOR'S COMPLAINT

The United States, Defendants, and the Relator have concluded a final settlement to resolve the claims brought on behalf of the United States in this action. Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4) (FCA), the United States of America hereby notifies the Court of its decision to intervene in part for the purpose of settlement and to decline in part, and respectfully applies to the Court *ex parte* for an Order lifting the seal.

UNITED STATES' NOTICE OF INTERVENTION
IN-PART FOR PURPOSES OF EFFECTUATING
SETTLEMENT - 1
(C15-01527- JCC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       Specifically, the United States intervenes in this action with respect to the Covered Conduct, as defined in Paragraph D of the Settlement Agreement executed among the parties on December 23, 2020 ("Settlement Agreement"). The United States declines intervention with respect to all other claims alleged in this action apart from those based upon the Covered Conduct.

      Under the terms of the Settlement Agreement among the parties, following Insitu's payment of the settlement amount and the resolution of the outstanding attorneys' fees issue, the United States and the Relator will file a Joint Stipulation of Dismissal with respect to all claims brought on behalf of the United States.

      In light of the Settlement Agreement reached among the parties, the United States does not presently intend to file a complaint in intervention but reserves the right to seek leave to file such a complaint in the event that Insitu does not pay the full settlement amount consistent with the terms of the Settlement Agreement.

      Accordingly, in anticipation of filing of a Stipulation of Dismissal, the United States requests that this Court enter an Order, in the form herewith provided, which lifts the seal on the Relator's Complaint, this Notice and Application, and all subsequent filings.

      A proposed order accompanies this Notice and Application.

//
//

UNITED STATES' NOTICE OF INTERVENTION
IN-PART FOR PURPOSES OF EFFECTUATING
SETTLEMENT - 2
(C15-01527- JCC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 5th day of January, 2021.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIAN T. MORAN
United States Attorney

*Kerry Keefe #WSBA 17204 for*
KAYLA C. STAHMAN, CABA # 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: kayla.stahman@usdoj.gov

*Kerry Keefe #17204 for*
DON WILLIAMSON, NHBA # 8602
Attorney, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Phone: 202-305-3671
Fax: 202-305-7797
Email: don.williamson@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES' NOTICE OF INTERVENTION
IN-PART FOR PURPOSES OF EFFECTUATING
SETTLEMENT - 3
(C15-01527- JCC)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970