THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* D.R. O'HARA and D.R. O'HARA, individually,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>THE BOEING COMPANY and INSTITU, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. C15-1527-JCC<br><br>**EX PARTE SEALED ORDER** |

　　　This matter comes before the Court on the Government's *ex parte* application for an extension of time to elect to intervene (Dkt. No. 35). The Government seeks an extension of thirty-one days, from December 12, 2020, to January 11, 2021, of the deadline by which it must notify the Court whether it intends to intervene in this *qui tam* action. (*Id.*) The Government also asks the Court to maintain the Complaint and other filings under seal through January 11, 2021. (*Id.*) Such an extension of time is permitted under the False Claims Act when good cause is shown. 31 U.S.C. § 3730(b)(3).

　　　In October 2020, the Court granted the Government's twelfth request for an extension of time in this matter because the Government and Institu reached a tentative settlement agreement and needed additional time to finalize it. (Dkt. No. 34.) In its *ex parte* application, the Government now asks for a final thirty-one-day extension because additional approvals are

necessary to finalize the settlement. (Dkt. No. 35 at 3.) The Relator concurs with the Government's request. (*Id.* at 4.) The Court finds that the *ex parte* application establishes good cause for an extension of time.

Accordingly, the Court hereby GRANTS the Government's *ex parte* application (Dkt. No. 35) and ORDERS that the Government shall have until January 11, 2021, to notify the Court of its decision whether to intervene in this *qui tam* action. The Clerk is DIRECTED to maintain the complaint and other filings under seal until the Court orders otherwise.

DATED this 8th day of January 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE