The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* D R O'HARA and D R O'HARA, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY and INSITU, INC.,<br><br>Defendants. | CASE NO.  C15-01527-JCC<br><br>Noted for Consideration on: January 19, 2021 |

### STIPULATED MOTION TO DISMISS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the terms and conditions of the Settlement Agreement dated December 23, 2020 ("Settlement Agreement") signed by the United States, Insitu, Inc. ("Insitu"), and Relator D R O'Hara (collectively "the Parties"), the United States and the Relator hereby stipulate, through their undersigned counsel, to the entry of an order dismissing the Complaint, subject to the terms and conditions of the Settlement Agreement, with prejudice as to the Relator, and with prejudice as to the United States to the extent

STIPULATED MOTION TO DISMISS - 1
C15-01527-JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1 of the Covered Conduct, as that term is defined in the Settlement Agreement, but otherwise without
2 prejudice to the United States.

3     2.    Relator agrees that the amount and terms of the Settlement Agreement are fair,
4 adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

5     3.    The Parties request that the Court retain jurisdiction over the matter to enforce the
6 terms of the Settlement Agreement and address the attorneys' fee issues, should that become
7 necessary.

8     4.    The Parties further request that the Court enter an order in the form of the
9 accompanying proposed order.

10 //
11 //

STIPULATED MOTION TO DISMISS - 2
C15-01527-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 19th day of January, 2021.

Respectfully submitted,

JOHN V. COGHLAN
Deputy Assistant Attorney General

BRIAN T. MORAN
United States Attorney

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CABA # 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  kayla.stahman@usdoj.gov

DON WILLIAMSON, NH BAR NO. #8602
Attorney, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Phone: 202-305-3671
Fax: 202-305-7797
Email: don.williamson@usdoj.gov

*Attorneys for the United States of America*

*s/ Robert Rhodes*
ROBERT RHODES, WSBA # 31089
Rhodes Legal Group
918 S. Horton St., Suite 901
Seattle, WA 98134
Tel: (206) 708-7852
Robert@rhodeslegalgroup.com

*Attorney for Relator D R O'Hara*

STIPULATED MOTION TO DISMISS - 3
C15-01527-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970