THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* D R O'HARA and D R O'HARA, individually,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>THE BOEING COMPANY and INSITU, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. C15-1527-JCC<br><br>ORDER |

　　　This matter comes before the Court on the Stipulation of Dismissal (Dkt. No. 39) filed by the United States and Relator D R O'Hara. According to the stipulation, the United States, Insitu, Inc., and Relator ("the Parties") entered into a Settlement Agreement dated December 23, 2020. (Dkt. No. 39 at 1.) Relator agrees that the amount and terms of the Settlement Agreement are fair, adequate, and reasonable. (*Id.* at 2 (citing 31 U.S.C. § 3730(c)(2)(B)).) Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the terms of the Settlement Agreement, the United States and the Relator stipulate to the entry of an order dismissing the Complaint. (*Id.* at 1–2.) Having thoroughly considered the parties' stipulation and the relevant record, and the Parties having agreed to a settlement of certain claims brought in this matter, the Court hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. All of the claims set forth in the Complaint are DISMISSED against Defendants with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement, but otherwise without prejudice to the United States;

2. The Clerk shall unseal all documents filed in this matter; and

3. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

DATED this 21st day of January 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE